## CODELL CONSTRUCTION COMPANY v. NOBLE.

(Decided November 10, 1931.)

O. H. POLLARD for movant.

WILLIAMS & ALLEN opposed.

PER CURIAM. Judgment for $300 in an action for injury to land.

Appeal denied; judgment affirmed.

## STEVENS v. ROSE, GAINES & SON.

(Decided November 10, 1931.)

W. A. LEE for movant.

J. W. CAMMACK and A. B. CAMMACK opposed.

PER CURIAM. Judgment dismissing the petition with costs.

Appeal denied; judgment affirmed.

## McCOMBS SUPPLY COMPANY v. LEWIS et al.

(Decided November 13, 1931.)

J. B. SNYDER for movant.

FORESTER & CARTER opposed.

PER CURIAM. Motion for an appeal from judgment for $309.59 and setting aside order directing the payment of that amount of attached funds to appellant after an order had been entered adjudging the appellees a prior lien on the funds.

Appeal denied; judgment affirmed.